UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

ROY DePACK                                    CIVIL ACTION NO. 09-2155
    FED. REG. #25730-050
VS.                                           SECTION P

                                            JUDGE DRELL

WARDEN JOE KEFFER                             MAGISTRATE JUDGE KIRK


## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED THAT the Petition for Writ of *Habeas Corpus* be DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this _____12th_____ day of April, 2010.


DEE D. DRELL
UNITED STATES DISTRICT JUDGE